DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MICHAEL SMITH,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-2862

[November 9, 2017]

Appeal of order denying 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Charles E. Burton, Judge; L.T. Case No. 502006CF003566A.

Michael Smith, Avon Park, pro se.

No appearance required by appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, FORST and KUNTZ, JJ., conur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***